USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 22 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Arista Records LLC, *et al.*,

            Plaintiffs,

—v—

Vita Tkach, *et al.*,

            Defendants.

---

15-CV-3701 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to a Court Order dated May 13, 2015, the above-captioned matter was sealed. Pursuant to a Court order dated May 21, 2015, the Court informed the Plaintiffs that the Court would unseal this case if it did not receive a letter from Plaintiffs opposing unsealing the case by 9:00 a.m. on May 22, 2015. As of 3:00 p.m. on May 22, 2015, no such letter has been received. Therefore, the Court hereby directs the Clerk of Court to unseal this case.

SO ORDERED.

Dated: May 22, 2015
       New York, New York

_____
ALISON J. NATHAN
United States District Judge