1099 NEW YORK AVENUE NW  SUITE 900  WASHINGTON, DC  20001-4412

**JENNER&BLOCK** LLP

May 25, 2015

Kenneth L. Doroshow
Tel  202 639-6027
Fax 202 661-4855
kdoroshow@jenner.com

<u>VIA ECF</u>
Honorable Alison J. Nathan
United States District Judge
United States District Court for the
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Street
New York, New York  10007

Re:     Arista Records LLC et al. v. Vita Tkach et al., Case No 15-03701 (AJN) (S.D.N.Y.) [rel.
         No. 12-CV-6646 (AJN)]

Dear Judge Nathan,

As directed by this Court's Order dated May 22, 2015, Plaintiffs and counsel for CloudFlare, Inc. ("CloudFlare") have discussed a mutually agreeable time for the hearing in this matter tomorrow, May 26, 2015.  The parties have agreed, and respectfully request, that the hearing take place at noon (12:00p.m.) ET tomorrow.

Respectfully submitted,

*/s/ Kenneth L. Doroshow*
Kenneth L. Doroshow
Counsel for Plaintiffs


cc:    Kenneth Carter (in-house counsel for CloudFlare, Inc.) via email