UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>VITA TKACH, et al.,<br><br>                Defendants. | Case No. 15-CV-03701 (AJN)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of William J. Harrington, of Goodwin Procter LLP, as counsel for Third-Party CloudFlare, Inc. in the above-captioned action. I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: May 26, 2015

Respectfully submitted,

/s/William J. Harrington
William J. Harrington
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
Tel.: 212.813.8800
Fax:  212.355.3333
wharrington@goodwinprocter.com

*Attorneys for Third-Party CloudFlare, Inc.*

## CERTIFICATE OF SERVICE

    I, William J. Harrington, hereby certify that on May 26, 2015, a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                       /s/ William J. Harrington