# EXHIBIT H

From: CloudFlare [mailto:abuse@cloudflare.com]
Sent: Tuesday, May 05, 2015 4:45 PM
To: RIAA Antipiracy
Subject: [22-81818211-986]: CloudFlare has responded to your copyright infringement complaint.

CloudFlare received your copyright infringement complaint regarding: grooveshark.io

Please be aware CloudFlare is a network provider offering a reverse proxy, pass-through security service. We are not a hosting provider. CloudFlare does not control the content of our customers.

Accepted URL(s) on grooveshark.io:
http://grooveshark.io/mediafile/mid/3123525/lady-gaga-featuring-colby-o-donis+just-dance-lady-gaga-featuring-colby-o-donis-mp3/sd/Grooveshark.io

    IP Address: 63.142.250.15

    Hosting Provider:
    -----------------
    Nodisto IT LLC NODISTO
    Nodisto IT LLC VPSDIME-DAL2
abuse@nodisto.com


We have notified our customer of your complaint, and we have forwarded your complaint on to the responsible hosting provider. You may also direct your report to:

1. The provider where grooveshark.io is hosted (provided above);
2. The owner listed in the WHOIS record for grooveshark.io and/or;
3. The contact listed on the grooveshark.io site.

Note: A lookup of the IP for a CloudFlare customer website will show CloudFlare IPs because we are a pass-through network. The actual website is still hosted at the hosting provider indicated above. If the hosting provider has any questions, please have the hosting provider contact us directly regarding this site. Due to attempted abuse of our complaint reporting process, we will only provide the IP of grooveshark.io to the responsible hosting provider if they contact us directly at abusereply@cloudflare.com.

Regards,

CloudFlare Abuse