IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, et al., | )<br>)<br>) |
| Plaintiffs, | ) No. 15-CV-03701 (AJN)<br>)<br>) |
| v. | )<br>) |
| VITA TKACH, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIRD-PARTY CLOUDFLARE, INC.'s CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Third-Party CloudFlare, Inc. submits the following corporate disclosure statement:

CloudFlare, Inc. is a privately held company. It has no publicly-held parent company and no publicly-held company owns more than 10% of its shares.

1

May 26, 2015                                                 **THIRD-PARTY CLOUDFLARE, INC.**

By its attorneys,

/s/ William J. Harrington
William J. Harrington
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
wharrington@goodwinprocter.com

## **CERTIFICATE OF SERVICE**

      I, William J. Harrington, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system.

                                                              /s/ William J. Harrington