# Exhibit A

# Lao, Judy S.

| | |
|---|---|
| **From:** | Lao, Judy S. |
| **Sent:** | Thursday, May 21, 2015 5:00 PM |
| **To:** | thenewgrooveshark@gmail.com; 2af208056fad4d97a638f8637d56fc65.protect@whoisguard.com |
| **Cc:** | Doroshow, Kenneth L.; Servodidio, Gianni P. |
| **Subject:** | Arista Records LLC et al. v. Vita Tkach et al., Case No 15-03701 (S.D.N.Y.) |
| **Attachments:** | 15-cv-3701 SEALED Order dated 05.21.2015.pdf |

To: Vita Tkach and the Owners and Operators of grooveshark.io and goorveshark.pw:

Attached please find an Order issued by the Court in the above-captioned action on May 21, 2015.

Sincerely,

Kenneth L. Doroshow & Gianni P. Servodidio
JENNER & BLOCK LLP
Counsel for Plaintiffs

---

**Judy S. Lao**
Paralegal Coordinator

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908  |  jenner.com
+1 212 407 1722 | TEL
212 909 0822 | FAX
JLao@jenner.com
Download V-Card

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---