William J. Harrington
212.459.7140
WHarrington@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

May 29, 2015

VIA ECF

Honorable Alison J. Nathan
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Arista Records LLC et al. v. Tkach et al.*, 15 Civ. 3701 (AJN)

Dear Judge Nathan:

      I submit this joint letter on behalf of my client, non-party CloudFlare, Inc. and Plaintiffs pursuant to the Court's Order dated May 27, 2015 directing the parties to inform the Court whether they believe an evidentiary hearing is necessary in this matter.

      The parties agree that no hearing is required, except that there are limited factual issues which CloudFlare wishes to address in response to Plaintiffs' reply submission filed today, May 29, 2015. In lieu of a full hearing, CloudFlare respectfully requests leave to file a surreply of no more than 5 pages, including any supporting declarations, by Monday, June 1, 2015, at noon to address these points, with Plaintiffs being permitted (but not required) to respond to any newly-introduced facts with a response of equal length by noon on Wednesday, June 3, 2015 . I have discussed this with Kenneth L. Doroshow, counsel for Plaintiffs, and he has consented to CloudFlare's request.

Respectfully submitted,

  /s/ William J. Harrington

William J. Harrington (WH-6376)

Cc:  Andrew H. Bart, Gianni P. Servodidio,
    Lindsay W. Bowen, Alison I. Stein, Ava U. McAlpin,
    Kenneth L. Doroshow, *Attorneys for Plaintiffs*