USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 1 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Arista Records LLC, *et al.*,

        Plaintiffs,

–v–

Vita Tkach, *et al.*,

        Defendants.

---

15-CV-3701 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's Order dated May 21, 2015, Dkt. No. 33, the Court informed the parties that if Defendants failed to submit answering papers on the order to show cause by May 29, 2015, or otherwise failed to indicate a willingness to participate in this litigation, the Court would grant the request for a preliminary injunction and would adjourn the preliminary injunction hearing scheduled for June 3, 2015.

As of Monday, June 1, 2015, Defendants have failed to submit answering papers on the order to show cause and have failed to otherwise indicate a willingness to participate in this litigation.

However, the Court's Order dated May 21, 2015, Dkt. No. 33, also instructed Plaintiffs to serve a copy of the Court's May 21 Order on Defendants no later than Tuesday, May 26, 2015 and to provide the Court with proof of service by Friday, May 29, 2015. As of Monday, June 1, 2015, there is no proof of service on the docket showing that the Court's May 21, Order was served on Defendants.[1] Therefore, the Court will not grant the Plaintiffs' request for a

---

[1] The only certificates of service on the docket are for the underlying documents on the order to show cause, not the Court's May 21 Order. *See* Dkt. Nos. 36-37.

preliminary injunction or adjourn the preliminary injunction hearing until Plaintiffs provide proof that they served the Court's May 21 Order on Defendants.

SO ORDERED.

Dated: June ____, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge