919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908

**JENNER&BLOCK** LLP

June 1, 2015

Alison I. Stein
Tel  212 891-1622
Fax 212 909-0837
astein@jenner.com

Chambers of Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     *Arista Records LLC et al. v. Vita Tkach et al., 15-cv-03701*

Dear Judge Nathan:

We represent Plaintiffs in the above-captioned action.  We are in receipt of Your Honor's Order issued today, June 1, 2015, in which Your Honor directs Plaintiffs to provide the Court with proof of service of the May 21, 2015 Order ("May 21 Order") upon Defendants.

Plaintiffs respectfully call Your Honor's attention to the Declaration of Alison I. Stein, filed with this Court on May 28, 2015 (*see* Dkt. No. 41), in which Plaintiffs provided Your Honor with proof of service of the May 21 Order upon Defendants, as instructed by the May 21 Order.  As attested to in the declaration, the May 21 Order was served upon Defendants on May 21, 2015.

Thank you very much for your attention to this matter.

Respectfully submitted,

/s/ Alison I. Stein
Alison I. Stein

Encl.

cc: Gianni P. Servodidio, Esq. & Kenneth L. Doroshow, Esq.