UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 1 2015
```

Arista Records LLC, *et al.*,

        Plaintiffs,

–v–

Vita Tkach, *et al.*,

        Defendants.

15-CV-3701 (AJN)

PRELIMINARY INJUNCTION

ALISON J. NATHAN, District Judge:

    On May 21, 2015, Dkt. No. 33, the Court informed the parties that if Defendants failed to submit answering papers on the order to show cause by May 29, 2015, or otherwise failed to indicate a willingness to participate in this litigation, the Court would grant the request for a preliminary injunction and would adjourn the preliminary injunction hearing scheduled for June 3, 2015. In response to the Court's Order dated June 1, 2015, Dkt. No. 51, Plaintiffs clarified that they filed proof of service of the Court's May 21 Order in the form of the Declaration of Alison I. Stein dated May 28, 2015, *see* Dkt. Nos. 52, 41. Therefore, in light of the Defendants' failure to submit answering papers or otherwise indicate a willingness to participate in this litigation:

    IT IS HEREBY ORDERED that the preliminary injunction hearing scheduled for June 3, 2015 is adjourned;

    IT IS FURTHER ORDERED, pursuant to Federal Rule of Civil Procedure 65, Section 34 of the Lanham Act, the All Writs Act, and this Court's inherent equitable powers, that Defendants, their officers, agents, servants, employees, confederates, and any persons in active concert or participation with them, including but not limited to domain name registrars, domain name registries, and Internet service providers ("ISPs"), are preliminarily enjoined from:

1. Using the Groveshark Marks[1] in any manner in connection with the advertising, offering for sale, or sale of any service or product, not provided by or authorized by Plaintiff UMG.
2. Committing any acts calculated to cause consumers to believe that the Counterfeit Service or any other use of the Grooveshark Marks is offered under the control and supervision of Plaintiff UMG or sponsored or approved by, or connected with, or guaranteed by, or produced under the control and supervision of Plaintiff UMG;
3. Infringing any of the Grooveshark Marks and damaging Plaintiff UMG's goodwill;
4. Otherwise competing unfairly with Plaintiff UMG in any manner; or
5. Using, linking to, transferring, selling, exercising control over, or otherwise owning the domain names grooveshark.io or grooveshark.pw or any other domain name that incorporates, in whole or in part, any of Grooveshark Marks (the "Infringing Domain Names").
6. Directly or secondarily infringing Plaintiffs' copyrighted sound recordings via the Counterfeit Service or any variations thereof.

Plaintiffs shall serve a copy of this Order on Defendants and shall file via ECF proof of service of the Order on or before Wednesday, June 3, 2015.

SO ORDERED.

Dated: June ___, 2015
New York, New York

ALISON J. NATHAN
United States District Judge

---

[1] Defined terms in this Order shall have the meaning contained in the Court's Order dated May 13, 2015, Dkt. No. 18.