UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., and ZOMBA RECORDING LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>VITA TKACH and DOES 1-10, D/B/A GROOVESHARK.IO and GROOVESHARK.PW<br><br>    *Defendants*. | CIVIL ACTION NO. 15-CV-03701<br><br>**DECLARATION OF ALISON I. STEIN** |

I, Alison I. Stein, declare as follows:

   1. I am a lawyer with the law firm of Jenner & Block LLP, and I represent the Plaintiffs in the above-captioned action. The statements made in this declaration are based on my personal knowledge. If called to testify as a witness, I would testify as follows:

   2. Attached as Exhibit A is a true and correct copy of a transcript from the March 26, 2015 hearing in the above-captioned action.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 3, 2015
New York, New York

                                                /s/ Alison I. Stein

                                                    Alison I. Stein