UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>VITA TKACH, et al.,<br><br>          Defendants. | ECF Case<br><br>Civil Action No. 15-CV-03701(AJN)<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

PLEASE TAKE NOTICE that the undersigned respectfully moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York, admitting Mitchell L. Stoltz *pro hac vice* to the Bar of this Court for the purposes of representing the Non-Party CloudFlare, Inc. in the above-captioned proceeding. As demonstrated by the certificates of good standing annexed hereto (Exhibit 1), he is a member in good standing of the California Bar, the District of Columbia Bar, and the New York State Bar, and there are no pending disciplinary proceedings against him in any State or Federal Court.

Dated: June 12, 2015

Respectfully submitted,

THIRD-PARTY CLOUDFLARE, INC.

By its attorney,

/s/ William J. Harrington
William J. Harrington
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: 212.813.8800
Fax: 212.355.3333

## **CERTIFICATE OF SERVICE**

      I, William J. Harrington, hereby certify that on June 12, 2015 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system.

                                                  /s/ William J. Harington

# EXHIBIT 1



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MITCHELL LEFF STOLTZ*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that MITCHELL LEFF STOLTZ, #291302, was on the 22nd day of October, 2013, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 1st day of June, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
   J. Hunter, Senior Deputy Clerk



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MITCHELL STOLTZ

was on **DECEMBER 10, 2007** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JUNE 3, 2015**.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
> Deputy Clerk



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Mitchell Leff Stoltz

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **24th day of Janaury, 2007**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **3rd day of June, 2015**.



Robert D Mayberger
Clerk