UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VITA TKACH, et al.,<br><br>    Defendants. | ECF Case<br><br>Civil Action No. 15-CV-03701(AJN)<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

PLEASE TAKE NOTICE that the undersigned respectfully moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York, admitting Corynne McSherry *pro hac vice* to the Bar of this Court for the purposes of representing the Non-Party CloudFlare, Inc. in the above-captioned proceeding. As demonstrated by the certificates of good standing annexed hereto (Exhibit 1), she is a member in good standing of the California Bar, and there are no pending disciplinary proceedings against her in any State or Federal Court.

Dated: June 12, 2015

Respectfully submitted,

THIRD-PARTY CLOUDFLARE, INC.

By its attorney,

/s/ William J. Harrington
William J. Harrington
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: 212.813.8800
Fax: 212.355.3333

## **CERTIFICATE OF SERVICE**

      I, William J. Harrington, hereby certify that on June 12, 2015 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system.

                                                          /s/ William J. Harington

# EXHIBIT 1



## Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### CORYNNE MARETTE MCSHERRY

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that Corynne Marette McSherry, #221504, was on the 5th day of December 2002 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of June, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
A. Allen, Sr. Deputy Clerk