919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908                               **JENNER&BLOCK** LLP

June 25, 2015

Alison I. Stein
Tel  212 891-1622
Fax 212 909-0837
astein@jenner.com

Chambers of Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     *Arista Records LLC et al. v. Vita Tkach et al., 15-cv-03701*

Dear Judge Nathan:

We represent Plaintiffs in the above-captioned action.  On June 10, 2015, Plaintiffs filed a motion to expedite discovery and an accompanying memorandum of law and declaration (hereinafter the "Discovery Motion").  *See* Dkt. Nos. 61-63.  Defendants had until June 17, 2015 to respond to the Discovery Motion and have not done so.  *See* L.R. 6.1(a).

Accordingly, Plaintiffs respectfully request that Your Honor grant Plaintiffs' Discovery Motion.  As set forth in the Discovery Motion, there is a short window of time before relevant information in the possession of certain parties will become stale, especially given Defendants' demonstrated record of changing contact information, IP addresses, and the physical location of their servers in order to avoid detection.  *See* Dkt. No. 62 at 4.  For these reasons, Plaintiffs would like to serve discovery as soon as possible.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Alison I. Stein
Alison I. Stein

cc:     All Counsel of Record (via ECF) and Defendants (via email)