Nathan, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 5 2015

| | |
|---|---|
| ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., and ZOMBA RECORDING LLC, *Plaintiffs*, v. VITA TKACH and DOES 1-10, D/B/A GROOVESHARK.IO and GROOVESHARK.PW *Defendants*. | CIVIL ACTION NO. 15-CV-03701 [~~PROPOSED~~] ORDER  AJN GRANTING MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY |

WHEREAS this Court has reviewed Plaintiffs' Motion for Leave to Conduct Expedited Discovery, and the papers, declarations and exhibits in support thereof, and any oppositions thereto, and has been fully advised on all relevant matters, and with good cause appearing, it is hereby

**ORDERED** that Plaintiffs' Motion For Leave to Conduct Expedited Discovery is GRANTED, and Plaintiffs may commence third party discovery in this action in order to ascertain Defendants' identities, whereabouts and information regarding the Counterfeit Service without the need to conduct a conference with Defendants under Rule 26(f) of the Federal Rules of Civil Procedure;

**ORDERED** that Plaintiffs may use information disclosed in response to such discovery only for the purpose of protecting and enforcing Plaintiffs' rights against Defendants as set forth in their Complaint. Plaintiffs shall serve a copy of this Order and supporting papers upon Defendants via

email no later than __5__ p.m. on June **26**, 2015, which shall constitute due and sufficient service and notice thereof, and shall file proof of such service with the Court on June **29**, 2015.

**IT IS SO ORDERED**

Entered this **25** day of June 2015.

_____
Alison J. Nathan
United States District Judge