UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., and ZOMBA RECORDING LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>VITA TKACH and DOES 1-10, D/B/A GROOVESHARK.IO and GROOVESHARK.PW<br><br>*Defendants*. | CIVIL ACTION NO. 15-CV-03701<br><br>**DECLARATION OF ALISON I. STEIN SUBMITTED PURSUANT TO THE COURT'S JUNE 25, 2015 ORDER** |

I, Alison I. Stein, declare as follows:

1.  I am a lawyer with the law firm of Jenner & Block LLP, and I represent the Plaintiffs in the above-captioned action. I submit this declaration pursuant to the Order issued by this court on June 25, 2015, Dkt. No. 75 (the "June 25 Order"), requiring proof of service of the June 25 Order. The statements made in this declaration are based on my personal knowledge or upon information provided to me by personnel working under my supervision that I believe to be correct. If called to testify as a witness, I would testify as follows:

2.  On June 26, 2015, I caused a true and correct copy of the June 25 Order to be served via electronic mail on Defendants at the following email address: thenewgrooveshark@gmail.com. A true and correct copy of that email to Defendants is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

101683.1

Executed:  June 29, 2015

New York, New York

                                                /s/ Alison I. Stein

                                                    Alison I. Stein