UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., and ZOMBA RECORDING LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>VITA TKACH and DOES 1-10, D/B/A GROOVESHARK.IO and GROOVESHARK.PW<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 15-CV-03701-AJN |

**DECLARATION OF KENNETH L. DOROSHOW**

I, Kenneth L. Doroshow, declare as follows:

    1.  I am a partner with the law firm of Jenner & Block LLP, and I represent the Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Opposition to Third-Party CloudFlare's Motion to Modify Preliminary Injunction. The statements made in this declaration are based on my personal knowledge. If called to testify as a witness, I would testify as follows:

    2.  Attached as Exhibit A hereto is a true and correct copy of the complete email correspondence between Kenneth Carter, Counsel for CloudFlare, Inc., and me on June 5 and 6, 2015.

3. Attached as Exhibit B hereto is a true and correct copy of a printout from the CloudFlare website, available at https://support.cloudflare.com/hc/en-us/articles/200167936-Why-am-I-getting-a-Cloudflare-is-already-hosting-under-a-different-account-error-message-.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 1, 2015

Washington, D.C.

                                                          /s/ Kenneth L. Doroshow

                                                            Kenneth L. Doroshow