UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., and ZOMBA RECORDING LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> VITA TKACH, and DOES 1-10, D/B/A GROOVESHARK.IO AND GROOVSHARK.PW <br><br> *Defendants.* | CIVIL ACTION <br> NO. 15-CV-03701-AJN |

Declaration of Justin Paine in Further Support of Non-Party CloudFlare, Inc.'s
Motion for Modification

I, Justin Paine, declare and state as follows:

1. My name is Justin Paine. I am currently Head of Trust and Safety at CloudFlare. My credentials are as listed in Paragraph 1 of the Declaration of Justin Paine, filed with this Court on May 28th, 2015 (Dkt. No 43).
2. On or after June 6, 2015, CloudFlare removed numerous domains from its network, including domains that did not resolve to any website.
3. On June 23, 2015 a CloudFlare account was created for the domain name "grooveshark-censorship.cf." The content of the site is attached in Exhibit A.
4. To the best of my knowledge, the owner of the domain is not an employee of CloudFlare or its counsel or acting under their direction.
5. To comply with the preliminary injunction, CloudFlare notified the domain owner that it would terminate service on June 26, 2015. A true and correct copy of the email sent to the domain owner is attached as Exhibit B.
6. The domain owner replied by email. A true and correct copy of the reply, with the customer's name redacted, is attached as Exhibit C.
7. On June 26, 2015, CloudFlare removed the site grooveshark-censorship.cf from its network.
8. The domain name grooveshark-censorship.cf currently does not resolve, as shown in Exhibit D.
9. Usually, between 4000 and 7000 new free customers signup for CloudFlare per 24 hour period. CloudFlare currently manually searches the list of active domains daily for the term "grooveshark." If any are found, CloudFlare sends notice to the email address associated with the account and disable them.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 6, 2015

_____
Justin Paine

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Grant P. Fondo

# EX. A

http://groovesharkcensorship.cf/

# Grooveshark Censorship

This page is to express my opinion regarding unjust forced enforcement of Grooveshark Censorship.

Since this is a webpage only expressing my opinion censoring this page would involve limiting freedom of speech in my personal view.

The term Grooveshark Censorship reffers to the fact the word Grooveshark has to be censored and is not affiliated with Grooveshark in any way or form.

I wish cloudflare best of luck in there fight against unjust censorship

A concerned cloudflare customer

**You will be redirected to the related cloudflare article in 15 seconds**

# EX. B

**Subject**: Termination of CloudFlare Service due to Court Order

**Body**:

Dear Customer,

CloudFlare has received a court order in the case of Arista Records v. Vita Tkach, in the U.S. District Court for the Southern District of New York, docket number 15-CV-3791 (AJN).  CloudFlare is currently enjoined from providing its services to any domain name containing the trademark "grooveshark."

CloudFlare has asked to court to modify its order to enable us to continue to provide service to your website.  While this request is pending, we are compelled by force of law to terminate service.

Unless the injunction is modified, CloudFlare will terminate your service for [groovesharkcensorship.cf](groovesharkcensorship.cf) by removing our authoritative DNS in 48 hours.

We are sorry for any inconvenience.

Legal Department
CloudFlare, Inc.

# EX. C

**Subject**: Re:Termination of CloudFlare Service due to Court Order

**Body**:

Dear Cloudflare,

With this domain i wanted to set an example for your case. When you read the text on the website you will find the website is an opinion piece against this ruling.

I hope this holds up well as an example of forced censorship of freedom of speech.

If you allow i would like to publish this e-mail on the domain.

I wish you best of luck in the battle for internet freedom.

Kind Regards,
[NAME]
Proud Cloudflare Customer

# EX. D

http://grooveshark-receivership-cf/ isohoCa7AD9/



This webpage is not available

ERR_NAME_NOT_RESOLVED

Details  Reload