UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., and ZOMBA RECORDING LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>VITA TKACH, and DOES 1-10, D/B/A GROOVESHARK.IO AND GROOVSHARK.PW<br><br>*Defendants*. | CIVIL ACTION<br>NO. 15-CV-03701-AJN |

**Declaration of Mitchell Stoltz in Further Support of Non-Party CloudFlare, Inc.'s Motion for Modification**

I, Mitchell Stoltz, declare and state as follows:

1. I am an attorney at the Electronic Frontier Foundation. I represent Non-Party CloudFlare, Inc. in the above-captioned action. The statements made in this declaration are based on my personal knowledge.
2. On June 24, 2015 at 12:34 PM, Pacific Daylight Time, I saved a copy of the webpage located at http://groovesharkcensorship.cf. A true and correct copy of the contents of that webpage are attached hereto as Exhibit A.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 7, 2015

_____
Mitchell Stoltz

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Grant P. Fondo_____

# EX. A

http://grooveharkcensorship.cf/

# Grooveshark Censorship

This page is to express my opinion regarding unjust forced enforcement of Grooveshark Censorship.

Since this is a webpage only expressing my opinion censoring this page would involve limiting freedom of speech in my personal view.

The term Grooveshark Censorship reffers to the fact the word Grooveshark has to be censored and is not affiliated with Grooveshark in any way or form.

I wish cloudflare best of luck in there fight against unjust censorship

A concerned cloudflare customer

**You will be redirected to the related cloudflare article in 15 seconds**