# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., and ZOMBA RECORDING LLC,<br><br>     *Plaintiffs*,<br><br>          v.<br><br>VITA TKACH, and DOES 1-10, D/B/A GROOVESHARK.IO AND GROOVESHARK.PW<br><br>     *Defendants*. | 15-CV-3701 (AJN)<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that Plaintiffs commenced this action on May 12, 2015, with the filing of a summons and complaint, a copy of the summons and complaint were served on the defendants by electronic mail on May 15, 2015 at thenewgrooveshark@gmail.com, and proof of service was therefore filed on May 21, 2015.  *See* ECF No. 34, ¶ 11.  I further certify that the docket entries indicate that the defendants have not yet filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendants is hereby noted.

Dated: October _____, 2015
       New York, New York                           RUBY J. KRAJICK
                                                    Clerk of Court

                                         By: _____
                                                    Deputy Clerk