UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/15
```

ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., and ZOMBA RECORDING LLC,

    *Plaintiffs*,

    v.

VITA TKACH, and DOES 1-10, D/B/A GROOVESHARK.IO AND GROOVESHARK.PW

    *Defendants*.

15-CV-3701 (AJN)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that Plaintiffs commenced this action on May 12, 2015, with the filing of a summons and complaint, a copy of the summons and complaint were served on Defendants Vita Tkach and Does 1-10 D/B/A/ Grooveshark.io and Grooveshark.pw by electronic mail on May 15, 2015 at thenewgrooveshark@gmail.com, pursuant to the Court's Order dated May 13, 2015. *See* ECF No. 18. Proof of service was therefore filed on May 21, 2015. *See* ECF No. 34, ¶ 11. I further certify that the docket entries indicate that the defendants have not yet filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated: October 27, 2015
       New York, New York

                                              RUBY J. KRAJICK
                                              Clerk of Court

                                          By: _____
                                                  Deputy Clerk

103005.4