**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ARISTA RECORDS LLC, ATLANTIC
RECORDING CORPORATION, CAPITOL
RECORDS, LLC, ELEKTRA ENTERTAINMENT
GROUP INC., LAFACE RECORDS LLC, SONY
MUSIC ENTERTAINMENT, UMG RECORDINGS,
INC., WARNER BROS. RECORDS INC.,
WARNER MUSIC GROUP CORP., and
ZOMBA RECORDING LLC,

     *Plaintiffs,*

     v.

VITA TKACH, and DOES 1-10, D/B/A
GROOVESHARK.IO AND GROOVESHARK.PW

     *Defendants.*

15-CV-3701 (AJN)

**ORDER TO SHOW CAUSE**
**FOR DEFAULT JUDGMENT**
**AND PERMANENT**
**INJUNCTION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 9 2015

---

ALISON J. NATHAN, District Judge:

     Upon the accompanying Declarations of Gianni P. Servodidio and Alison I. Stein, dated

October 28, 2015, Proposed Default Judgment and Permanent Injunction Order, and

Memorandum of Law, dated October 28, 2015, together with the accompanying Exhibits, the

Clerk's Certificate of Default, and all other pleadings and proceedings;

     It is hereby ORDERED that Defendants VITA TKACH and DOES 1-10 show cause

before the Honorable Alison J. Nathan, United State District Judge, Southern District of New

York, at Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 906, New

York, New York, 10007, at _3:30 p.m._ on the __11th__ day of _____December_____, 2015,

why an order should not be entered pursuant to Federal Rule of Civil Procedure 55(b)(2)

granting an Order of Default Judgment and Permanent Injunction against Defendants;

It is further ORDERED that service of a copy of this Order to Show Cause, together with the accompanying papers referenced herein and all pleadings, may be made upon Defendants by electronic mail, and that service must be made by _____November 6, 2015_____; and

It is finally ORDERED that an answering affidavit and memorandum of law, if any, be served upon attorneys for Plaintiffs by delivering by hand or mail copies thereof at their business address of 919 Third Avenue, 38th Fl., New York, New York, 10022, on or before __5:00 p.m.__ on the __30th__ day of __November__, 2015, and that Plaintiffs' reply papers, if any, be served on Defendant via electronic mail at the aforementioned email addresses on or before 5:00 p.m. on the __7th__ day of __December__, 2015.

**Courtesey copies of all answering and reply papers shall be sent to Chambers on the same day they are filed.**

SO ORDERED.

Dated: __October 29__, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge