**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., and ZOMBA RECORDING LLC, | 15-CV-3701 (AJN) |
| *Plaintiffs*, | |
| v. | **DECLARATION OF ALISON I. STEIN IN SUPPORT OF PLAINTIFFS' ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER** |
| VITA TKACH, and DOES 1-10, D/B/A GROOVESHARK.IO AND GROOVESHARK.PW | |
| *Defendants*. | |

I, Alison I. Stein, declare as follows:

1.      I am a member in good standing of the Bar of this Court and a lawyer with the law firm of Jenner & Block LLP, and I represent the Plaintiffs in the above-captioned action.  I submit this declaration in support of Plaintiffs' Order to Show Cause for Default Judgment and a Permanent Injunction.  The statements made in this declaration are based upon my personal knowledge or upon information provided to me by personnel working under my supervision that I believe to be correct.  If called to testify as a witness, I would testify as follows:

2.      On May 15, 2015, pursuant to the Court's order of May 13, 2015 (Dkt. No. 18), I caused a true and correct copy of the Summons and Complaint, along with its supporting papers, to be served on Defendants at the following email addresses thenewgrooveshark@gmail.com and 2af208056fad4d97a638f8637d56fc65.protect@whoisguard.com.  True and correct copies of

those emails to Defendants are attached hereto as Exhibit A.

3.      Proof of service of the Summons and Complaint were filed with this Court on

May 21, 2015.  *See* ECF No. 34, at ¶ 11.  A true and correct copy of the Declaration of Kenneth

L. Doroshow dated May 21, 2015 and filed as Dkt. No. 34 is attached hereto as Exhibit B.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: October 28, 2015
          New York, New York

Alison I. Stein (AS-2884)
JENNER & BLOCK LLP
919 Third Avenue, 38th Floor
New York, NY 10022
Telephone:      (212) 891-1600
Facsimile:      (212) 891-1699